```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 05 B 02541
   STANLEY J DOSS
   DEVITA ANN DOSS                               CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-6693      SSN XXX-XX-0397

----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/26/05 and confirmed on 03/31/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  22357.55 .

     4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                         PAID        PAID
----------------------------------------------------------------------
NATIONAL CAPITAL MGMT LL  SECURED         12150.00      1295.84     12150.00
ADVANCE TIL PAYDAY        UNSECURED       NOT FILED         .00          .00
CHECK & GO                UNSECURED       NOT FILED         .00          .00
ILLINOIS DEPT REVENUE     UNSECURED        1201.41         .00      1201.41
PREMIER BANKCARD/CHARTER  UNSECURED         486.46         .00       486.46
SFC CENTRAL BANKRUPTCY    UNSECURED       NOT FILED         .00          .00
SFC CENTRAL BANKRUPTCY    UNSECURED       NOT FILED         .00          .00
YELLOW BOOK OF ILLINOIS   UNSECURED       NOT FILED         .00          .00
CASH STORE                UNSECURED       NOT FILED         .00          .00
SILVER CROSS HOSPITAL     UNSECURED       NOT FILED         .00          .00
NATIONAL CAPITAL MGMT LL  UNSECURED        3350.83         .00      3350.83
ILLINOIS DEPT REVENUE     PRIORITY           82.00         .00        82.00
         Summary of disbursements:
----------------------------------------------------------------------
                  SECURED    PRIORITY   UNSECURED     OTHER        TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED  12150.00    82.00    5038.70        .00      17270.70
PRINCIPAL PAID      12150.00    82.00    5038.70        .00      17270.70
INTEREST PAID        1295.84      .00        .00        .00       1295.84
TOTAL PAID          13445.84    82.00    5038.70        .00      18566.54
The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $  2700.00
and was paid $    2700.00 .

The Trustee received $     935.49 .

Refunds to the Debtor totaled $     155.52 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 12/12/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```